| | | |
|---|---|---|
| | AUSA:   Jeremiah Smith | Telephone:  (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Austin Dawn | Telephone:  (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Dezquan Fisher | Case No. 26-mj-30197 |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 1, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm and / or ammunition. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Austin Dawn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  April 15, 2026

City and state:  Detroit, MI

*Elizabeth A. Stafford*
*Judge's signature*

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Austin Dawn, being duly sworn, depose and state the following:

## I.    INTRODUCTION

1.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since November 2023. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law. I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team ("CGET") and am currently assigned to the Gun Violence Task Force ("GVTF"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the Eastern District of Michigan.

2.    As an ATF Special Agent, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs, I received a total of twenty-seven weeks of instruction on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection, and firearms trafficking.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The ATF is currently investigating Dezquan FISHER (DOB: XX/XX/1999) for violations of 18 U.S.C. § 922(g)(1), felon in possession of a firearm and/or ammunition.

## II.   PROBABLE CAUSE

5. On February 1, 2026, at approximately 8:50 p.m., Detroit Police Department ("DPD") officers were dispatched to 15XXX Prest for a person with a weapon. While en route, officers learned that the victim M.O. had called 911 and reported her ex-boyfriend Dezquan was refusing to leave and becoming aggressive. Moments later, M.O. called for assistance again and stated the male was now walking around her residence with a gun.

6. Officers then queried the location's event history and saw that the 911 caller had made several prior calls for service for a male named Dezquan FISHER.

2

A Law Enforcement Information Network (LEIN) query provided officers FISHER's Sectary of State photograph and notice that FISHER was an active parolee. Officers arrived at 15XXX Prest moments later. M.O. told police that FISHER had just left the location, walking north, and has been wearing a blue jacket and a hat with a red ball on top. Officers canvassed the area and saw a male walking on Greenfield from Florence matching FISHER'S description. Officers exited their scout car and detained FISHER. Officers then found a black book bag approximately 10 ft. away from FISHER. As officers returned to the scout car with the bag, FISHER uttered "Fuck.". Inside the bag, police found a rose gold Glock 42, .380 caliber pistol, with serial number AHZB923, two black Glock handgun boxes, one drum magazine, four live 9 mm rounds, and thirteen .380 caliber live rounds. The officers arrested FISHER and took him to the Detroit Detention Center.

7.      Officers later returned to M.O.'s home. At that time, M.O. told officers that she and FISHER had dated for a month in July 2025, but he has continued to harass her since the breakup. M.O. also stated that FISHER had come through her front living room window with a handgun that he had previously stolen from her home. M.O. described the weapon as a rose gold handgun, which matched the Glock 42 pistol found in the backpack at the time of FISHER's arrest. M.O. also gave officers a pistol sales record with the identical serial number as the found Glock 42 pistol.

3

8.      M.O. also told police that, prior to calling 911, she had called FISHER's parole agent and told the agent that FISHER had a gun. FISHER's parole agent encouraged M.O. to call 911.

9.      On March 23, 2026, I spoke with the MDOC parole agent assigned to the Absconder Recovery Unit and specifically to FISHER's case. The agent confirmed that he had received a call from M.O. on February 1, 2026, at approximately 8:49 p.m. The agent recalled M.O. stating that FISHER had a firearm and instructed her to call 911. The agent stated he then sent a message to his team requesting that officers be sent to 15XXX Prest due to FISHER being present with a firearm inside the residence. M.O.'s call to the parole agent occurred approximately one minute before her call to 911.

10.     On March 27, 2026, I provided ATF Interstate Nexus Expert and Special Agent Kara Klupacs with a verbal description of the Glock 42 pistol recovered during the arrest of FISHER. Special Agent Klupacs concluded that the firearm was manufactured outside the State of Michigan and therefore travelled in or affected interstate commerce.

11.     At FISHER'S recent parole hearing, M.O. claimed that she lied for no reason when she told 911 and the police that FISHER had a gun and threatened her on March 1, 2026.

## IV.    Criminal History

12.    I reviewed records related to FISHER's criminal history and learned that FISHER was sentenced on May 1, 2019, in Michigan's 3rd Circuit Court for the following felony convictions:

a.  Attempted Home Invasion 2nd Degree, docket 19-000858-01;

b.  Attempted Home Invasion 1st Degree, docket 19-000859-01;

c.  Home Invasion 2nd Degree, Larceny in a Building and Larceny $200 or More But Less Than $1,000, docket 19-000860-01;

d.  Home Invasion 2nd Degree, Larceny $200 or More But Less than $1,000 and Larceny in a Building, docket 19-000861-01;

e.  Home Invasion 2nd Degree, Larceny in a Building and Larceny $1,000 or More But Less than $20,000, docket 19-000862-01;

f.  Receiving Concealing Stolen Property-Motor Vehicle (2 counts) and Receiving Concealing Stolen Property $1,000 or More But Less Than $20,000, docket 19-000863-01;

g.  Receiving Concealing Stolen Property-Motor Vehicle and Receiving Concealing Stolen Property $1,000 or More But Less Than $20,000, docket 19-000864-01; and

h.  Receiving Concealing Stolen Property $1,000 or More But Less Than $20,000, docket 19-000865-01.

5

13. Fisher's criminal history and MDOC records indicate he was released from prison in 2025. Therefore, having served at least five years in prison, there is probable cause to believe that FISHER is aware of his status as a convicted felon.

## V.   CONCLUSION

14. Probable cause exists to believe that, on February 1, 2026, within the Eastern District of Michigan, Dezquan FISHER knowingly possessed a firearm and/or ammunition as a convicted felon in violation of 18 U.S.C. § 922(g)(1).

_____
Austin Dawn, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Dated:    April 15, 2026

6